**Opinion filed June 16, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00149-CR
_____

## LUPE TOVAR ALANIZ, Appellant
## V.
## STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 09528-D**

## MEMORANDUM OPINION

Lupe Tovar Alaniz has filed in this court a motion to dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted, and the appeal is dismissed.

June 16, 2011                                                    PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel[1] consists of: Wright, C.J.,
McCall, J., and Hill, J.[2]

---

[1]Rick Strange, Justice, resigned effective April 17, 2011. The justice position is vacant pending appointment of a successor by the governor.

[2]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.